FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSON LLP
William McGuinness (*pro hac vice* application to be filed; william.mcguinness@friedfrank.com)
One New York Plaza
New York, NY 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSON LLP
Kristin Whidby (admitted *pro hac vice*; kristin.whdiby@friedfrank.com)
Ryan Fabre (admitted *pro hac vice*; ryan.fabre@friedfrank.com)
801 17th Street, NW
Washington, DC 20006

FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
Andrew J. Davis (CSB No. 203345, ddavis@folgerlevin.com)
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

*Attorneys for Defendants Amplience, Inc. and Mark Buckingham*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMPLIENCE, INC. and MARK BUCKINGHAM,<br><br>        Defendants. | Case No. 5:17-cv-02059-NC<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Judge:     Hon. Nathanael Cousins |

**STIPULATION**

Plaintiff Adobe Systems, Inc. ("Plaintiff") and Defendants Amplience, Inc. and Mark Buckingham (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the above-entitled action in the United States District Court, Northern District of California, on April 12, 2017;

WHEREAS, Plaintiff served its Complaint on Defendants, via counsel, on April 18, 2017;

WHEREAS Plaintiff and Defendants have agreed to settle the above-captioned action on the terms reflected in a Settlement Agreement, dated January 11, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that all claims against Defendants are voluntarily dismissed without prejudice and without costs or fees to any party.

| | |
|---|---|
| DATE: January 16, 2018 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | */s/ Michael A. Berta* |
| | Michael A. Berta |
| | Attorneys for Plaintiff Adobe Systems, Inc. |
| DATED: January 18, 2018 | FOLGER LEVIN LLP |
| | */s/ Jiyun Cameron Lee* |
| | Jiyun Cameron Lee |
| | Attorneys for Defendants Amplience, Inc. and Mark Buckingham |

**ATTESTATION**

I, Jiyun Cameron Lee, am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation of Dismissal without Prejudice and [Proposed] Order. I hereby attest under penalty of perjury that, pursuant to Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each signatory herein.

DATED: January 18, 2018

                                      */s/ Jiyun Cameron Lee*
                                      Jiyun Cameron Lee

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 18, 2018

_____
United States Magistrate Judge
Nathanael M. Cousins

GRANTED
Judge Nathanael M. Cousins

966725.1

FOLGER LEVIN LLP
ATTORNEYS AT LAW

-4-

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER; CASE NO. 5:17-CV-02059-NC